# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Satta Sandi,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Gibson Lane Behavioral Health Care LLC, et al.,<br><br>　　　　　Defendants. | NO. CV-22-01055-PHX-GMS<br><br>**CLERK'S ENTRY OF DEFAULT** |

　　　　Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and upon application by the Plaintiff, default is hereby entered against Defendants Gibson Lane Behavioral Health Care LLC and Lissa Sebatu.

DEFAULT ENTERED this 20th day of July, 2022.

　　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

July 20, 2022

　　　　　　　　　　　　　　　　　　　s/ Rebecca Kobza
　　　　　　　　　　　　　By　　　　Deputy Clerk